UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH BONIFACIO,

Plaintiff,                                              Case No. 11-21432-CV-Graham/Goodman

vs.

LTD FINANCIAL SERVICES, L.P.,

Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: June 22, 2011                    Respectfully submitted,

                                        /s Andrew I. Glenn
                                        Andrew I. Glenn
                                        E-mail: AGlenn@cardandglenn.com
                                        Florida Bar No.: 577261
                                        J. Dennis Card, Jr.
                                        E-mail: DCard@cardandglenn.com
                                        Florida Bar No. 0487473
                                        Card & Glenn, P.A.
                                        2501 Hollywood Boulevard, Suite 100
                                        Hollywood, Florida 33020
                                        Telephone: (954) 921-9994
                                        Facsimile: (954) 921-9553
                                        Attorneys for Plaintiff