UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 11-21432-CIV-GRAHAM/TORRES

**CLOSED CIVIL CASE**

JOSEPH BONIFACIO,

    Plaintiff,

vs.

LTD. FINANCIAL SERVICES, L.P.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 4].

**THE COURT** has reviewed the notice, the pertinent portions of the record and is otherwise fully advised in the premises. Based thereon, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED with PREJUDICE.** It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of June, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record